■ CYNTHIA MILLER, Respondent, v PATRICK D. LAMB, Appellant. [730 NYS2d 924] —Order unanimously affirmed without costs (*see, Hammer v Rosen*, 7 NY2d 376). (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Wisner, J. P., Hurlbutt, Scudder, Kehoe and Burns, JJ.